IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MONICA GUESSOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00224-GBL-IDD |
| | ) | |
| FAIRVIEW PROPERTY INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This matter is before the Court on Defendant Fairview Property Investments LLC's Motion for Summary Judgment (Doc. 27). For the reasons stated in the Memorandum Opinion and Order (Doc. 44), **IT IS HEREBY ORDERED THAT** pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant Fairview Property Investments LLC and against Plaintiff Monica Guessous on Counts I, II, II, IV, V and VI of the Complaint.

**IT IS SO ORDERED.**

ENTERED this 16th day of December 2014.

Alexandria, Virginia
12 / 16 / 2014

/s/
Gerald Bruce Lee
United States District Judge