FILED: July 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1055
(1:14-cv-00224-GBL-IDD)
_____

MONICA GUESSOUS

    Plaintiff - Appellant

v.

FAIRVIEW PROPERTY INVESTMENTS, LLC

    Defendant - Appellee

-------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Amicus Supporting Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK